AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA-NORTHERN DIVISION__

PROGRESSIVE SPECIALTY INSURANCE COMPANY,

V.

DARRYL D. FINCH, et al.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv336-DRB

TO: (Name and address of Defendant)

Mr. Darryl D. Finch
3347 Wells Road
Montgomery, Alabama 36108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. Larry Bradford, Esq.
Bradford & Sears, P.C.
2020 Canyon Road, Suite 100
Birmingham, Alabama

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                    4·18·06

CLERK                                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA-NORTHERN DIVISION__

PROGRESSIVE SPECIALTY INSURANCE COMPANY,

V.

DARRYL D. FINCH, et al.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV336-DRB

TO: (Name and address of Defendant)

Darryl D. Finch Enterprises, Inc.
P.O. Box 240224
Montgomery, Alabama 36124

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. Larry Bradford, Esq.
Bradford & Sears, P.C.
2020 Canyon Road, Suite 100
Birmingham, Alabama

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                4-18-06

CLERK                                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA-NORTHERN DIVISION

PROGRESSIVE SPECIALTY INSURANCE COMPANY,

V.

DARRYL D. FINCH, et al.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv336-DRB

TO: (Name and address of Defendant)

Mr. Bernard Washington
4782 Burnsdale Way
Montgomery, Alabama 36108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. Larry Bradford, Esq.
Bradford & Sears, P.C.
2020 Canyon Road, Suite 100
Birmingham, Alabama

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    4-18-06

CLERK                                               DATE

(By) DEPUTY CLERK