| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. *Progressive* | A. Signature<br>X _[signature]_  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Darryl F___  C. Date of Delivery: 4-21-06<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Darryl D. Finch Enterprises<br>P.O. Box 240224<br>Montgomery, AL 36124<br><br>_[signature]_  (20) | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☒ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 1350 0001 0762 2291 |

PS Form 3811, February 2004     Domestic Return Receipt    06-336     102595-02-M-1540