05-08-06

RECEIVED
2006 MAY 12 A 10:10
　　　　　　CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

To: United State District Court for The Middle District of Alabama Northern Division

I, Darryl Finch/Finch Enterprises, do not Accept Case # 2:06 CV336-DRB to be true or responsible for. This is my Answer to the court.

Thanks
Darryl Finch