| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Dal F.L_  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name): Daryl Finch  C. Date of Delivery: 7/3/06<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Mr. Darryl Finch<br>P.O. Box 240224<br>Montgomery, AL 36124<br>2:06 CV 336 DRB | Alias Sms & Cmp.<br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☒ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0003 3998 4127 |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-154 |