STATE OF ALABAMA

JEFFERSON COUNTY

### AFFIDAVIT OF LARRY BRADFORD

LARRY BRADFORD, being duly sworn, deposes and says on oath as follows:

1. I am the attorney of record for the plaintiff in this case and I have personal knowledge of the facts set forth in this affidavit.

2. The defendant, Bernard Washington, was duly served with a copy of the summons and complaint on April 26, 2006 by certified mail.

3. The defendant has failed to answer or otherwise defend the complaint and has failed to serve a copy of any answer or other defense which he might have upon the plaintiff.

4. This affidavit is executed by the affiant in accordance with Rule 55 (a) of the Federal Rules of Civil Procedure for the purpose of allowing the plaintiff to obtain an entry of default against the defendant for his failure to answer or otherwise defend the complaint in this case.

_____
R. Larry Bradford

Sworn to and subscribed before me on this the 7th day of July, 2006.

_____
Notary Public