**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 25, 2006

# NOTICE OF CORRECTION

**From: Clerk's Office**

**Case Style:   Progressive Specialty Insurance Co. vs. Darryl D. Finch, et al**

**Case Number:   2:06cv336-MHT**

**Docket Entry Number:    Motion for Entry of Default**

**The referenced pleading is hereby STRICKEN from the record as a duplicate entry to #11 Application for Entry of Default, which was originally filed as a Motion for Entry of Default.**

**The parties are instructed to disregard the entry on this pleading on the court's docket.**