**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

July 27, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Progressive Specialty Insurance Company v. Darryl D. Finch, et al.**
**Case Number: 2:06-cv-336-MHT**

**Pleading : #16 - Clerk's Entry of Default**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 7/27/2006 with the wrong pdf document attached.**

**The correct pdf document is attached to this notice.**