IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) DARRYL D. FINCH, DARRYL D. FINCH ) ENTERPRISES, INC., and BERNARD ) WASHINGTON, ) ) Defendants. ) ) | Civil Action No. 2:06-cv-336-MHT |

### ENTRY OF DEFAULT

It appearing that defendant Bernard Washington, was duly served with a copy of the summons and complaint on April 26, 2006, and said defendant has failed to answer or otherwise defend this action, as required by law, as set out in the application filed herein on July 11, 2006, by plaintiff's attorney.

DEFAULT is hereby entered against said defendant, Bernard Washington.

DONE THIS  27th  day of  July , 2006 .

/s/ Debra P. Hackett
_____
DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA