IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:06cv336-MHT |
| DARRYL D. FINCH, et al., | ) ) ) | |
| Defendants. | ) | |

### ORDER

It is ORDERED that the motion for default judgment (doc. no. 10) is denied with leave to renew later.  The court believes it is best to wait until the claims against the other defendants have been resolved before entering judgment against defendant Bernard Washington.

DONE, this the 17th day of November, 2006.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE