IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO: 2:06-CV-336-MHT ) |
| DARRYL D. FINCH, et al., | ) ) |
| Defendants. | ) |

## APPLICATION FOR ENTRY OF DEFAULT

Comes now the plaintiff, Progressive Specialty Insurance Company ("Progressive"), pursuant to Rule 55 of the Federal Rules of Civil Procedure, and moves the clerk to enter a default against the defendant, Daryl D. Finch Enterprises, Inc. ("Finch Enterprises"), based upon the following facts:

1.  Finch Enterprises was duly served with a copy of the summons and complaint on April 21, 2006, by certified mail.

2.  Defendant, Daryl D. Finch, acting individually and on behalf of defendant Finch Enterprises, filed a pro se answer on May 12, 2006.

3.  Plaintiff moved to strike the answer of Finch Enterprises on July 17, 2006.

4.  This court granted plaintiff's motion to strike and instructed Finch Enterprises to answer plaintiff's complaint by August 17, 2006.

5. Finch Enterprises has not filed an answer or otherwise defended the complaint.

6. Progressive requests the clerk to enter a default judgment against Finch Enterprises holding that it is not entitled to any insurance coverage for claims made against it by Bernard Washington.

/s/ R Larry Bradford
R. Larry Bradford, Attorney for Plaintiff,
Progressive Specialty Insurance Company
Attorney Bar Code: BRA039

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL  35216

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have this the 18th day of December, 2006, served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Mr. Darryl D. Finch
3347 Wells Road
Montgomery, Alabama 36108

Darryl D. Finch Enterprises, Inc
P.O. Box 240224
Montgomery, Alabama 36124

                                              /s/ R Larry Bradford
                                              OF COUNSEL