STATE OF ALABAMA

JEFFERSON COUNTY

## AFFIDAVIT OF LARRY BRADFORD

LARRY BRADFORD, being duly sworn, deposes and says on oath as follows:

1. I am the attorney of record for the plaintiff in this case and I have personal knowledge of the facts set forth in this affidavit.

2. Defendant, Daryl D. Finch Enterprises, Inc. ("Finch Enterprises"), was duly served with a copy of the summons and complaint on April 21, 2006, by certified mail.

3. Defendant, Daryl D. Finch, acting individually and on behalf of defendant Finch Enterprises filed a pro se answer on May 12, 2006.

4. Plaintiff moved to strike the answer of the corporate entity, defendant Finch Enterprises, on July 17, 2006.

5. This court granted plaintiff's motion to strike and instructed defendant Finch Enterprises to answer plaintiff's complaint by August 17, 2006.

6. Finch Enterprises has not filed an answer or otherwise defended the complaint.

7. This affidavit is executed by the affiant in accordance with Rule 55 (a) of the Federal Rules of Civil Procedure for the purpose of allowing the plaintiff to obtain an entry of default against the defendant for its failure to answer or otherwise defend the complaint in this case.

_____
R. Larry Bradford

Sworn to and subscribed before me on this the /*L* day of December, 2006.

_____
Notary Public

My commission expires:
4-4-2010