**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

December 20, 2006

# NOTICE OF NON-COMPLIANCE

To:    ALL COUNSEL OF RECORD

**Case Style:  Progressive Specialty Ins. Co. V. Finch et al**

**Case Number: 2:06cv336-MHT**

**Referenced Pleading: Motion for Default Judgment**

**Docket Entry Number: #23**

**The referenced pleading was incorrectly e-filed on 12/19/06. The Motion for Default Judgment should have been filed as an Application for Entry of Default. The e-filer has refiled an Application for Entry of Default (Doc. #24); however, the Affidavit was omitted when e-filed. The Motion for Default Judgment (Doc. #23) has been terminated and the Affidavit of Larry Bradford, Attachment 1 to Doc. #23 has been attached to the Application for Entry of Default. A copy of the Affidavit is also attached to this Notice.**