IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PROGRESSIVE SPECIALTY        )
INSURANCE COMPANY,           )
                             )
     Plaintiff,              )
                             )        CIVIL ACTION NO.
     v.                      )        2:06cv336-MHT
                             )
DARRYL D. FINCH, et al.,     )
                             )
     Defendants.             )
```

ORDER

Upon consideration of plaintiff Progressive Specialty Insurance Company's motion for default judgment against defendant Darryl D. Finch Enterprises, Inc. (Doc. no. 23), it is ORDERED that the motion is denied with leave to renew later. The court believes it is best to wait until the claims against the other defendants have been resolved before entering judgment against defendant Darryl D. Finch Enterprises, Inc.

DONE, this the 21st day of December, 2006.

     /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE