IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | 2:06-CV-00336-MHT-TFM |
| | ) | |
| DARRYL D. FINCH, et al., | ) ) | |
| Defendants. | ) | |

## ORDER

Upon of review of the *Motion to Deem Facts Admitted*, filed by Plaintiff Progressive Specialty Insurance Company (Doc. 27, filed January 24, 2007), it is

**ORDERED** that Defendants Darryl D. Finch and Darryl D. Finch Enterprises show cause why this motion should not be granted on or before **February 19, 2007**.

IN DEFERENCE TO THE DEFENDANTS' STATUS AS A NON-LAWYER, PRO-SE LITIGANT, THE COURT ADVISES:

1. It is necessary to respond specifically to each ground asserted in the Motion to Deem Facts Admitted.

2. **The *pro se* Defendants are advised that if they fail to file *any* response**, the court will proceed to decide the merits of Plaintiff's motion.

DONE this 24th day of January, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE