IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE SPECIALTY, | } | |
| INSURANCE COMPANY, | } | |
| | } | |
| PLAINTIFF, | } | |
| vs. | } | 2:06-CV-00336-MHT-TFM |
| | } | |
| DARRYL D. FINCH, et al., | } | |
| | } | |
| DEFENDANTS. | } | |

## NOTICE OF APPEARANCE

COMES NOW the undersigned attorney and enters his notice of appearance on behalf of Bernard Washington.

Respectfully submitted,

/s/ Brandon L. Blankenship

―――――――――――――――――――
Brandon L. Blankenship (ASB-6436-N77B)
3120 AmSouth/Harbert Plaza (35203)
Post Office Drawer 13067
Birmingham, AL 35202-3067
(205) 326-1311
Facsimile: (205)326-1377
Email: bblankenship@bhamlaw.net

M11197

## Certificate of Service

      I hereby certify that I electronically filed the foregoing with the Clerk of court using the CM-ECF system which will send notifications of such filings to the following:

R. Larry Bradford, Esq.
Bradford Law Firm, P.C.
2020 Canyon Rd., Ste. 100
Birmingham, AL 35219-1904

      Done this date:  February 9, 2007.

      /s/  Brandon L. Blankenship

      _____
      Attorney at Law

M11197