IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE SPECIALTY | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:06-CV-00336-MHT-TFM |
| | ) | |
| DARRYL D. FINCH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Upon of review of the *Motion to Deem Facts Admitted*, filed by Plaintiff Progressive Specialty Insurance Company (Doc. 27, filed January 24, 2007) and due to the lack of response by Defendants Darryl D. Finch and Darryl D. Finch Enterprises, it is for good cause,

**ORDERED** that the *Motion to Deem Facts Admitted* is **GRANTED** and each request for admission[1] filed by Plaintiff Progressive Specialty Insurance Company to Defendants Darryl D. Finch and Darryl D. Finch Enterprises is hereby deemed admitted.

DONE this 26th day of February, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

---

[1] The Request for Admissions were attached as Exhibit A to Plaintiff's *Motion to Deem Facts Admitted* (Doc. 27-2)