IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE SPECIALTY | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:06-CV-00336-MHT-TFM |
| | ) | |
| DARRYL D. FINCH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon of review of the *Motion for Summary Judgment*, filed by Plaintiff Progressive Specialty Insurance Company (Doc. 31, filed March 23, 2007), it is hereby

**ORDERED** that the motion be submitted without oral argument on **April 30, 2007.**

It is further **ORDERED** that defendants file a response which shall include a brief and evidentiary materials on or before **April 23, 2007**. Plaintiff may file a reply brief on or before **April 30, 2007**.

The parties are also advised for those submissions (including briefs and evidentiary materials) that exceed twenty-five (25) pages, they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.

DONE this 26th day of March, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE