IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, ) ) ) | |
| Plaintiff ) ) | |
| v. ) ) | Civil Action No. 2:06-cv-336-MHT |
| DARRYL D. FINCH, et al., ) ) | |
| Defendant. ) ) | |

### ENTRY OF DEFAULT

It appearing that defendant Daryl D. Finch Enterprises, Inc., was duly served with a copy of the summons and complaint on April 21, 2006, and said defendant has failed to answer or otherwise defend this action as set out in the Application for Entry of Default as required by law, as set out in the affidavit filed herein on December 19, 2006, by plaintiff's attorney.

DEFAULT is hereby entered against said defendant, Daryl D. Finch Enterprises, Inc.

DONE THIS __28th__ day of __March, 2007__.

/s/ Debra P. Hackett
_____
DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA