IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PROGRESSIVE SPECIALTY          )
INSURANCE COMPANY,             )
                               )
        Plaintiff,             )
v.                             )       2:06-CV-00336-MHT-TFM
                               )       [wo]
DARRYL D. FINCH, et al.,       )
                               )
        Defendants.            )

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the

**ORDER, JUDGMENT, and DECREE** of the Court that **JUDGMENT** is issued in favor

of the Plaintiff.

The Clerk of the Court is **DIRECTED** to enter this document on the civil docket as

a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 31st day of May, 2007.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE